IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KWANGHEE ANH | NO. 3:17-CR-496 (6) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States Attorney for the Northern District of Texas respectfully advises the Court and all interested parties that Assistant United States Attorney Elise Aldendifer will now be appearing on behalf of the United States. Therefore, the government respectfully requests that the Clerk of Court substitute Assistant United States Attorney Elise Aldendifer for all former Assistant United States Attorneys in this matter.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

s/ Elise Aldendifer

Elise Aldendifer
Assistant United States Attorney
Texas Bar No. 24124103
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8814
Facsimile: (214) 659-8808
elise.aldendifer@usdoj.gov