AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas 2017 SEP 27 PM 2:58

FILED-USDC-NDTX-DA '25 NOV 24 PM3:53 KM

UNITED STATES OF AMERICA

V.

Kwanghee Anh (06)

**WARRANT FOR ARREST**

Case Number: 3:17-CR-496-N

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kwanghee Anh
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment  Information  Complaint  Order of court  Probation Violation Petiton  Supervised Release Violation Petition  Violation Notice

charging him or her (brief description of offense)

Conspiracy to Commit Bank Fraud, Forfeiture Notice

in violation of Title 18, 28 United States Code, Section(s) 371, 981(a)(1)(C), 982(a)(2), and 2461(c)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

US Magistrate Judge Paul Stickney

9/27/2017 Dallas, TX
Date Location

By: s/ S VanCamp
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at U.S. Marshals Dallas, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 9/27/17 | Elwin Quinones<br>USMS AOO | [signature] |
| DATE OF ARREST<br>11/24/25 | | |

USMS · 10414091